WILLIAM MURPHY, as Administrator of the Estate of MICHAEL MURPHY, Deceased, Respondent, *v.* BELT LINE RAILWAY CORPORATION, Appellant.

*Negligence — railroad — boy eight years of age struck by trolley car while crossing tracks — contributory negligence.*

*Murphy* v. *Belt Line Railway Corporation,* 190 App. Div. 901, affirmed.

(Argued March 16, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Plaintiff's intestate, a boy eight years of age, while crossing defendant's tracks in West street in the borough of Manhattan was struck by one of its trolley cars and killed. There was evidence that as the boy approached the tracks he looked towards the car which was then seventy feet away and going slow and that as he proceeded to cross the tracks the speed of the car was accelerated and the motorman turned his head to speak

to the conductor. The defense was contributory negligence.

*Alfred T. Davison, James M. O'Neill* and *Alex. R. Jones* for appellant.

*Murray G. Jenkins* and *George J. Finnegan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.